# MEMO ENDORSED.



**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax
**WRITER'S DIRECT DIAL:**
(908) 516-1033

**WRITER'S E-MAIL:**
adelbuono@fisherphillips.com

The Initial Case Management conference scheduled for April 21 is **ADJOURNED** to **Wednesday, May 13, 2026** at 10:30 AM in Courtroom 20D, 500 Pearl Street, New York, 10007. Parties are directed to consult my individual practices and file the 26(f) report accordingly.

**SO ORDERED.**

_____
Ona T. Wang                                    April 20, 2026
U.S.M.J.

April 20, 2026

**<u>Via ECF</u>**
Honorable Ona T. Wang, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

Re:     *Arelis Vargas Jimenez v. United Debt Settlement, LLC*
        Civil Action No.: 1:26-cv-00542

Dear Judge Wang:

We represent Defendant United Debt Settlement, LLC in the above referenced action.

Defendant respectfully submits this letter motion, with Plaintiff's consent, requesting that the April 21, 2026 Case Management Conference be adjourned and rescheduled as the parties are actively engaging in settlement negotiations. The parties have conferred and propose the following new dates for the in-person conference: May 4, May 5 or May 6, 2026 (before 3:00 p.m.).

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Annamaria Del Buono, Esq.
FISHER & PHILLIPS LLP

cc:     Counsel of Record (via ECF)

FP 63488209.1