**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
ARELIS VARGAS JIMENEZ,                          :
                                                :
           Plaintiff,                 :            26-CV-0542 (DEH) (OTW)
                                                :
          -against-                    :
                                                :            **INITIAL CASE MANAGEMENT**
UNITED DEBT SETTLEMENT, LLC.,                    :            **CONFERENCE ORDER**
                                                :
          Defendant.                 :
                                                :
                                                :
----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties; joint request to adjourn the Initial Case Management Conference scheduled for May 13, 2026, in light of their representation that they have reached a settlement. The Conference is **ADJOURNED** to **Wednesday, June 3, 2026 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. This Conference will <u>not</u> be adjourned unless the case has been discontinued at that time.

The Clerk of the Court is respectfully directed to close ECF 24.

**SO ORDERED.**

                                                   *s/ Ona T. Wang*

Dated: May 11, 2026                             **Ona T. Wang**
      New York, New York                 United States Magistrate Judge